HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-po-00016-SAB |
| Plaintiff, | **MOTION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | |
| ROGER BROWN, | |
| Defendant. | |

Mr. Roger Brown, through his attorney, Assistant Federal Defender Matthew Lemke, respectfully requests that this Court modify the conditions of his probation by temporarily suspending the condition that he participate, attend, and complete an inpatient drug treatment program until July 2020.

The parties stipulate as follows:

1. On January 16, 2020, this Court sentenced Roger Brown to a term of unsupervised probation, set to expire on January 15, 2021.  ECF No. 12.  As a condition of probation, the Court ordered Mr. Brown to "participate, attend, and complete an inpatient drug treatment program." *Id*.  The Court ordered Mr. Brown to begin treatment by March 30, 2020. *Id*.

2. COVID-19 is an illness caused by a new coronavirus that has spread throughout

///

the world.[1]

3. Since Mr. Brown was sentenced, the coronavirus outbreak has become a global pandemic.[2] At the time of this filing, there have been more than 46,000 cases of COVID-19 in California alone.[3]

4. Symptoms of COVID-19 can be "severe in older individuals or those with certain medical conditions, including persons with asthma, lung disease, heart diseases, diabetes, chronic kidney disease, liver disease or those who are immunocompromised.[4] [5] Besides death, COVID-19 can cause serious, potentially permanent, damage to lung tissue, and can require extensive use of a ventilator.[6]

5. Currently, there is no vaccine, antiviral treatment, or cure for COVID-19.[7]

6. Both the President of the United States of America and the Governor of the State of California have declared states of emergency in response to the spread of the coronavirus

---

[1] What you should know about COVID-19 to protect yourself and others, CENTER FOR DISEASE CONTROL AND PREVENTION, <https://www.cdc.gov/coronavirus/2019-ncov/downloads/2019-ncov-factsheet.pdf> (last accessed on April 29, 2020)

[2] World Health Organization Director General declares COVID-19 outbreak a pandemic, WORLD HEALTH ORGANIZATION, <https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020> (last accessed on April 29, 2020)

[3] California Coronavirus (COVID-19) Response, <https://covid19.ca.gov/> (last accessed April 29, 2020)

[4] People Who Are at Higher Risk of Severe Illness, CENTERS FOR DISEASE CONTROL AND PREVENTION, <https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html> (last accessed April 29, 2020).

[5] *Id.*

[6] Healy, Melissa. Coronavirus infection may cause lasting damage throughout the body, doctors fear. LA Times, (April 10, 2020) < https://www.latimes.com/science/story/2020-04-10/coronavirus-infection-can-do-lasting-damage-to-the-heart-liver> (last accessed on April 29, 2020)

[7] Information for Clinicians on Investigational Therapeutics for Patients with COVID-19, CENTERS FOR DISEASE CONTROL AND PREVENTION, <https://www.cdc.gov/coronavirus/2019-ncov/hcp/therapeutic-options.html> (last accessed April 29, 2020)

(COVID-19).[8] [9]  On March 19, 2020, Governor Newsom issued a "shelter-in-place" order, directing individuals to stay at home.[10]

7. According to the Centers for Disease Control and Prevention ("CDC"), "[l]imiting face-to-face contact with others is the best way to reduce the spread" of COVID-19.[11] This "social distancing" is especially important for people who are at a higher risk of getting very sick.[12]

8. Mr. Brown is 65-year-old man with a history of health concerns.  As such, he is particularly vulnerable to COVID-19.

9. Upon information and belief, a number of local inpatient substance abuse programs have stopped admitting new patients out of concern for the public health risks posed by the spread of coronavirus.

10. Given Mr. Brown's vulnerable state and the risks posed by group/communal living during the coronavirus pandemic, the parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that the Court modify the Defendant's conditions of probation, to suspend inpatient drug treatment program participation until July 1, 2020, at which point the parties hope that the public health risk will have subsided.

---

[8] Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak, the White House, (Mar. 13, 2020) <https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/> (last accessed April 29, 2020)

[9] Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19, Exec. Dep't, State of California, (Mar. 4, 2020), <https://www.gov.ca.gov/wp-content/uploads/2020/03/3.4.20-Coronavirus-SOE-Proclamation.pdf> (last accessed April 29, 2020)

[10] Exec. Dep't, State of California, Executive Order N-33-20 (Mar. 19, 2020) <https://covid19.ca.gov/img/Executive-Order-N-33-20.pdf> (last accessed on April 29, 2020)

[11] Social Distancing, Quarantine, and Isolation, CENTERS FOR DISEASE CONTROL AND PREVENTION, <https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-distancing.html> (last accessed April 29, 2020)

[12] How to Protect Yourself & Others, Centers for Disease Control and Prevention, CENTERS FOR DISEASE CONTROL AND PREVENTION, <https://www.cdc.gov/coronavirus/2019-ncov/prepare/prevention.html> (recommending maintaining at least six feet of distance from other persons at all times and noting that "keeping distance from others is especially important for people who are at higher risk of getting very sick").

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   |   |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 30, 2020 |   | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROGER BROWN |
|   |   |   |
|   |   | MCGREGOR SCOTT<br>United States Attorney |
| Date: April 30, 2020 |   | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney |

## ORDER

IT IS SO ORDERED. For the reasons set forth above, the Court GRANTS the parties' request to modify the terms of Roger Brown's probation. Mr. Brown's probation shall be modified as follows: "Mr. Brown shall commence participation in an Inpatient Drug Treatment Program by 7/01/2020 and file sworn proof of attendance to the Court and Government Officer, through Counsel."

IT IS SO ORDERED.

Dated:  **May 4, 2020**

UNITED STATES MAGISTRATE JUDGE