1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case 1:19-po-00016-SAB |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT TO APPEAR BY TELEPHONE** |
| ROGER BROWN, | |
| Defendant. | |

I, Roger Brown, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my status hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the hearing currently set for November 19, 2020.

Dated: November 17, 2020        */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                ROGER BROWN

Dated:  November 17, 2020        */s/ Roger Brown*
                                 ROGER BROWN
                                 Defendant

**<u>ORDER</u>**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Roger Brown is permitted to appear by telephone for the status hearing scheduled to take place on November 19, 2020.

IT IS SO ORDERED.

Dated:   **November 17, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

Brown, R. [1:19-po-00016-SAB]
Consent to Appear by Phone

2