HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROGER BROWN,<br><br>　　　　　　Defendant. | Case No.  1:19-po-00016-SAB<br><br>**STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563; AND ORDER** |

The parties, through their respective attorneys, submit this stipulation to modify the terms of Roger Brown's probation.

1.　　　On January 16, 2020, this Court sentenced Roger Brown to a term of unsupervised probation, set to expire on January 15, 2021.  ECF No. 12.  As a condition of probation, the Court ordered Mr. Brown to "participate, attend, and complete an inpatient drug treatment program." *Id.*  By stipulation, Mr. Brown's term of probation is now set to expire on May 31, 2021.  ECF No. 19.

2.　　　Mr. Brown is 65 years old and suffers from hypertension, type 2 diabetes, neuropathy, and a history of smoking.

3.　　　Given Mr. Brown's vulnerable medical state and the risks posed by communal living during the ongoing COVID-19 pandemic, the parties ask that the Court permit Mr. Brown to receive and participate in programming at the Center, an outpatient recovery program located

in Los Banos, California.  According to the program materials, the Center is an outpatient substance abuse treatment program that employs certified counselors and licensed practitioners to provide direct services to its patients.

4.   The parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c) that the Court modify the Defendant's conditions of probation to permit Mr. Brown to satisfy the drug abuse treatment component of his supervision with full participation in the out-patient treatment program provided by the Center.

5.   Defendant joins in this request, and expressly waives any right to further hearing on this issue pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 15, 2021          */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
ROGER BROWN

MCGREGOR W. SCOTT
United States Attorney

Date: January 15, 2021          */s/ William Taylor*
WILLIAM TAYLOR
Assistant United States Attorney
Attorney for Plaintiff

1                                                    **<u>ORDER</u>**

2              The Court hereby orders that Roger Brown may satisfy the substance abuse treatment

3      component of his probation by fully participating in the out-patient drug abuse treatment

4      program provided by the Center, located in Los Banos, California.

5              The defendant is order to appear for a probation review hearing on May 20, 2021 at 10:00

6      a.m .

7              The defendant is also ordered to file a status report 14 days prior to the May 20 probation

8      review hearing.

9

10     IT IS SO ORDERED.

11     Dated:   **<u>January 21, 2021</u>**         _____

12                                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28