1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA  93721
4 | Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROGER BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-po-00016-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING AND ORDER** |
| vs. | |
| ROGER BROWN, | DATE:   October 21, 2021 |
| Defendant. | TIME:    10:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Roger Brown, that the status hearing currently set for September 16, 2021, be continued to October 21, 2021, at 10:00 a.m.

The parties have agreed to continue the status hearing at the request of the defendant, who requires additional time to obtain records.  Mr. Brown is alleged to have violated the terms of his probation.  Defense counsel is seeking records in order to appropriately address the allegations and, if necessary, prepare for sentencing.  Accordingly, the parties request a continuance to October 21, 2021.

/ / /

/ / /

/ / /

| | |
|---|---|
| | Respectfully submitted, |
| | |
| | HEATHER E. WILLIAMS |
| | Federal Defender |
| Date: September 10, 2021 | */s/ Matthew Lemke* |
| | MATTHEW LEMKE |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | ROGER BROWN |
| | |
| | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| Date: September 10, 2021 | */s/ Jeffrey Spivak* |
| | JEFFREY SPIVAK |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED that the status hearing scheduled for September 16, 2021, is continued to October 21, 2021, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **September 10, 2021**

UNITED STATES MAGISTRATE JUDGE