1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorneys for Defendant
6  ROGER BROWN

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-po-00016-SAB |
12 | Plaintiff, | **REVISED STIPULATION TO CONTINUE ORAL ARGUMENT; ORDER** |
13 | vs. | |
14 | ROGER BROWN, | |
15 | Defendant. | |

16

17    **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant Federal Defender Jaya Gupta, counsel for defendant Roger Brown, and

19 Assistant United States Attorney Jeffrey Spivak, counsel for the government, that the oral

20 argument on Mr. Brown's Motion to Dismiss currently set for February 22, 2022 at 10:00 a.m.

21 be continued to April 28, 2022, and that Mr. Brown's presence at that argument be waived for

22 that appearance only. The parties further stipulate that any supplemental briefing regarding the

23 impact of the warrant issued by this Court on May 20, 2021 on the Motion to Dismiss be filed no

24 later than April 14, 2022.

25    On February 17, 2022, the government asked to continue oral argument on the matter.

26 The Court reset oral argument for February 22, 2022. Defense counsel neglected to remember

27 that she has a conflict relating to an upcoming trial on that date, and requests that oral argument

28 on the motion be heard on a date after her upcoming trial. Additionally, the parties would like to

submit supplemental briefing regarding the impact of the warrant issued by this Court on May 20, 2021 on Mr. Brown's pending Motion to Dismiss. The parties propose to submit supplemental briefing no later than April 14, 2022.

Accordingly, the parties ask the Court to order supplemental briefing to be filed by April 14, 2022, and to continue oral argument on Mr. Brown's motion to dismiss to April 28, 2022 at 10:00 a.m. The parties further ask that Mr. Brown's presence at that hearing be waived for that appearance only.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 17, 2022          */s/ Jaya Gupta*
                                 JAYA GUPTA
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ROGER BROWN


PHILLIP A. TALBERT
United States Attorney

Date: February 17, 2022          */s/ Jeffrey Spivak*
                                 JEFFREY SPIVAK
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that supplemental briefing regarding the May 20, 2021 warrant be filed no later than April 14, 2022, and that the argument on Defendant Roger Brown's Motion to Dismiss currently set for February 22, 2022 at 10:00 a.m. be continued to April 28, 2022 at 10 a.m. Mr. Brown's presence at that argument is waived for that appearance only.

IT IS SO ORDERED.

Dated:   **February 18, 2022**

UNITED STATES MAGISTRATE JUDGE