PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-0132-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE; ORDER |
| v. | |
| ROGER BROWN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This is an appeal from a magistrate judge decision in a misdemeanor criminal case. This court set a briefing schedule on June 29, 2023. (ECF #91). Defendant's opening brief was filed on August 10, 2023. (ECF #94).

2. The parties have been working on a resolution to the case that would have obviated the need for this appeal. That initial proposal was rejected by the magistrate judge for lacking certain information. The parties are working to obtain that information for the court.

///

///

///

STIPULATION RE BRIEFING SCHEDULE           1

3. The parties stipulate and request that the Court enter into the following briefing schedule.

    a) Government's answering brief due September 22, 2023.

    b) Defendant's reply (if any), due October 6, 2023.

IT IS SO STIPULATED.

Dated: September 11, 2023
    PHILLIP A. TALBERT
    United States Attorney

    /s/ JEFFREY A. SPIVAK
    JEFFREY A. SPIVAK
    Assistant United States Attorney

Dated: September 11, 2023
    HEATHER WILLIAMS
    Federal Defender

    /s/ LAURA MYERS
    LAURA MYERS
    Assistant Federal Defender
    Counsel for Defendant
    roger brown

IT IS SO ORDERED.

    Dated:   September 12, 2023

    UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE      2